**INTERNATIONAL SPRING MFG. CO., Appellant,**

v.

**UNITED STATES, Appellee.**

**Customs Appeal No. 80-37.**

United States Court of Customs and Patent Appeals.

Feb. 19, 1981.

Doherty & Melahn, Boston, Mass., attorneys for appellant.

Alice Daniel, Asst. Atty. Gen., Washington, D. C., David M. Cohen, New York City, Director, Joseph I. Liebman, Attorney in charge, Robert H. White, New York City, of counsel, for appellee.

Before MARKEY, Chief Judge, RICH, BALDWIN, MILLER, and NIES, Associate Judges.

NIES, Judge.

This appeal is from the judgment of the United States Customs Court (hereinafter the United States Court of International Trade), 496 F.Supp. 279, 85 Cust.Ct. ——, C.D. 4862, sustaining the classification of leaf springs suitable for use on various

---

**12.** *Mil-Ka-Ko Research & Dev. Corp. v. Office of Economic Opportunity*, 352 F.Supp. 169 (D.D.C.1972), *aff'd mem.*, 497 F.2d 684 (D.C. Cir.1974).

kinds of non self-propelled trailers as other springs under item 652.88 rather than as springs suitable for motor vehicle suspension under item 652.84.[1]  We affirm.

## OPINION

We agree with the decision of the Court of International Trade that the non self-propelled trailers for which the imported springs are suitable are not "motor vehicles" within the meaning of item 652.84.

1. The relevant provisions of the TSUS read:

Schedule 6, Part 3, Subpart F. - Miscellaneous Metal Products

    Springs and leaves for springs, of base metal:

[Claimed]

652.84    Suitable for motor vehicle suspension  .......... 4% ad val.

             *      *      *

Accordingly, we *affirm* the judgment of the court and adopt the opinion below as our own.

[Classified]

652.88    Other ................. 9.5% ad val.